UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARAMIE L. SMITH,

             Plaintiff,

v.

TRACY GAY et al., ,

             Defendants.

Case No. 3:23-cv-06136-DGE

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $405.00 Court filing fee. The Court notes that the dog, identified as "Bear," cannot be a defendant because a dog is not a proper party.

Dated this 10th day of January, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1