UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JARAMIE L. SMITH, <br><br> Plaintiff, <br> v. <br><br> TRACY GAY et al., <br><br> Defendant. | CASE NO. 3:23-cv-06136-DGE <br><br> ORDER ON DISMISSAL |

This matter comes before the Court on Plaintiff Jaramie Smith's complaint for damages. (Dkt. No. 5.)

On December 11, 2023, Plaintiff filed a motion for leave to proceed in forma pauperis. (Dkt. No. 1.)  The Honorable Theresa L. Fricke, United States Magistrate Judge, granted the motion.  (Dkt. No. 4.)  Plaintiff properly filed his complaint on January 10, 2024.  (Dkt. No. 5.) On April 10, 2024, the Court ordered Plaintiff file proof of service or show cause as to why he failed to timely effect service, noting dismissal without prejudice was a mandatory consequence

ORDER ON DISMISSAL - 1

of failing to serve.  (Dkt. No. 6 at 2) (citing the 90-day service deadline in Federal Rule of Civil Procedure 4(m)).   The Court's order set a deadline of April 22, 2024.  (*Id.*)

As of today's date, Plaintiff has neither filed proof of service nor shown why he failed to timely effect service.  Accordingly, the Court DISMISSES Plaintiff's complaint without prejudice.

Dated this 3rd day of May 2024.

David G. Estudillo
United States District Judge

ORDER ON DISMISSAL - 2